| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF RHODE ISLAND |
| Case number *(if known)* _____ Chapter **11** |
| ☐ Check if this an amended filing |

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name** — **Gamboa, Inc.**

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**DBA Cantina Del Rio Mexican Restaurant**

**3. Debtor's federal Employer Identification Number** (EIN) — **82-4998127**

**4. Debtor's address**

Principal place of business:
**1705 West Shore Road**
**Warwick, RI 02889**
Number, Street, City, State & ZIP Code

**Kent**
County

Mailing address, if different from principal place of business
P.O. Box, Number, Street, City, State & ZIP Code

Location of principal assets, if different from principal place of business
Number, Street, City, State & ZIP Code

**5. Debtor's website** (URL) _____

**6. Type of debtor**
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor  **Gamboa, Inc.**_____   Case number (*if known*)_____
　　　　Name

**7.  Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
　　__7225__

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　☐ A plan is being filed with this petition.

　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | When | Case number |
|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

Debtor **Gamboa, Inc.**　　　　　　　　　　　　　　　　　　　　　Case number (*if known*)
　　　　Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor　　　　　　　　　　　　　　　　　Relationship
District　　　　　　　When　　　　　　　Case number, if known

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
　　What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**
　　　　　Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.　Insurance agency
　　　　Contact name
　　　　Phone

---

### ■ Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000　　　　　　　　　　☐ $1,000,001 - $10 million　　　　　　　☐ $500,000,001 - $1 billion

Debtor **Gamboa, Inc.** Case number (*if known*)
Name

☐ $50,001 - $100,000  ☐ $10,000,001 - $50 million  ☐ $1,000,000,001 - $10 billion
■ $100,001 - $500,000  ☐ $50,000,001 - $100 million  ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million  ☐ $100,000,001 - $500 million  ☐ More than $50 billion

Debtor  **Gamboa, Inc.**  Case number (*if known*)
　　　　　Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **December 19, 2023**
　　　　　　　MM / DD / YYYY

**X** **/s/ Ramon D. Michel**　　　　　　　　　　　　　　　**Ramon D. Michel**
Signature of authorized representative of debtor　　　　Printed name

Title  **President**

**18. Signature of attorney**

**X** **/s/ Thomas P. Quinn**　　　　　　　　　　　　　　Date  **December 19, 2023**
Signature of attorney for debtor　　　　　　　　　　　　　　MM / DD / YYYY

**Thomas P. Quinn**
Printed name

**McLaughlinQuinn LLC**
Firm name

**148 West River Street, Suite 1E**
**Providence, RI 02904**
Number, Street, City, State & ZIP Code

Contact phone  **401-421-5115**　　　Email address  **tquinn@mclaughlinquinn.com**

**4780 RI**
Bar number and State

Fill in this information to identify the case:

Debtor name: **Gamboa, Inc.**
United States Bankruptcy Court for the: **DISTRICT OF RHODE ISLAND**
Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| Arbella<br>PO Box 699103<br>Quincy, MA 02269-9103 | | | | | | $1,369.60 |
| Best Mexican Foods<br>48 Elkay Drive<br>Chester, NY 10918 | | | | | | $1,846.89 |
| City of Warwick<br>PO Box 981076<br>Boston, MA 02298-1076 | | Personal Property | | | | $1,170.62 |
| City of Warwick<br>PO Box 981076<br>Boston, MA 02298-1076 | | Sewer | | | | $2,540.35 |
| DiMicco Real Estate Holdings<br>PO Box 600651<br>Newtonville, MA 02460 | | | | | | $18,792.23 |
| DLS Hood Cleaning Inc<br>1347 Douglas Avenue<br>Providence, RI 02904 | | | | | | $1,025.00 |
| Horizon Beverage<br>PO Box 1427<br>Coventry, RI 02816 | | | | | | $2,707.67 |
| Internal Revenue Service<br>PO Box 1301<br>Charlotte, NC 28201-1301 | | EFTPS Weekly | | | | $37,134.93 |

Official form 204          Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims          page 1

Debtor  **Gamboa, Inc.**  Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Kalamata Capital Group, LLC**  **80 Broad Street**  **Suite 1210**  **New York, NY 10004** | | | Disputed | $73,759.81 | $0.00 | $73,759.81 |
| **Nasiff Fruit Company**  **PO Box 1772**  **Fall River, MA 02722-1722** | | | | | | $6,215.45 |
| **National Grid**  **PO Box 371361**  **Pittsburgh, PA 15250-7361** | | Utilty Service | | | | $8,415.71 |
| **National Grid**  **Po Box 371361**  **Pittsburgh, PA 15250-7361** | | Utility Service | | | | $2,499.33 |
| **Rhode Island Distributing Co.**  **PO Box 1437**  **Coventry, RI 02816** | | | | | | $6,037.28 |
| **RI Dept of Labor & Training**  **1511 Pontiac Avenue**  **Cranston, RI 02920-0242** | | SUTA | | | | $14,491.57 |
| **RI Dept of Labor & Training**  **1511 Pontiac Avenue**  **Cranston, RI 02920-0242** | | SUTA | | | | $7,474.73 |
| **RI Division of Taxation**  **Attn: Bankruptcy Unit**  **One Capitol Hill**  **Providence, RI 02908** | | Meals and Beverage | | | | $7,878.19 |
| **RI Division of Taxation**  **Attn: Bankruptcy Unit**  **One Capitol Hill**  **Providence, RI 02908** | | Sales and Meals | | | | $53,694.91 |

Debtor **Gamboa, Inc.**  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **RI Division of Taxation**<br>**Attn: Bankruptcy Unit**<br>**One Capitol Hill**<br>**Providence, RI 02908** | | **Withholding Tax** | | | | $1,409.56 |
| **U.S. Small Business Admin**<br>**2 North Street, Suite 320**<br>**Birmingham, AL 35203** | | | Disputed | $143,406.00 | $0.00 | $143,406.00 |
| **US Foods, Inc.**<br>**222 Otrobando Avenue**<br>**Norwich, CT 06360** | | | Disputed | $2,765.79 | $0.00 | $2,765.79 |

**United States Bankruptcy Court**
**District of Rhode Island**

In re  **Gamboa, Inc.**
Debtor(s)

Case No.
Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **December 19, 2023**     **/s/ Ramon D. Michel**
                                 **Ramon D. Michel**/**President**
                                 Signer/Title

Arbella
PO Box 699103
Quincy MA 02269-9103

Best Mexican Foods
48 Elkay Drive
Chester NY 10918

Cantina Del Rio
1705 West Shore Road
Warwick RI 02889

Cantina Del Rio Kingstown
1705 West Shore Road
Warwick RI 02889

Cantina Del Rio Mexican Rest
1705 West Shore Road
Warwick RI 02889

Cantina Del Rio of S Kingstown
1705 West Shore Road
Warwick RI 02889

Cantina Del Rio Wakefield
1705 West Shore Road
Warwick RI 02889

Cantina Del Rio-S Kingstown
1705 West Shore Road
Warwick RI 02889

Cantina Providence LLC
1705 West Shore Road
Warwick RI 02889

Citron Hygiene
13 Linnell Circle
Billerica MA 01821

City of Warwick
PO Box 981076
Boston MA 02298-1076

```
Corporation Service Company
as Representative
PO Box 2576
Springfield IL 62708


Cozzini Bros
350 Howard Avenue
Des Plaines IL 60018


DiMicco Real Estate Holdings
PO Box 600651
Newtonville MA 02460


DLS Hood Cleaning Inc
1347 Douglas Avenue
Providence RI 02904


Gamboa Inc
1705 West Shore Road
Warwick RI 02889


Gamboa Incorporated
1705 West Shore Road
Warwick RI 02889


Gamboa, Inc.
1705 West Shore Road
Warwick RI 02889


Horizon Beverage
PO Box 1427
Coventry RI 02816


Internal Revenue Service
PO Box 1301
Charlotte NC 28201-1301


Kalamata Capital Group, LLC
80 Broad Street
Suite 1210
New York NY 10004


McLaughlin Moran Inc
PO Box 20217
Cranston RI 02920
```

```
Metropolitan Uniform & Linen
105 Ward Hill Avenue
Haverhill MA 01835


Nasiff Fruit Company
PO Box 1772
Fall River MA 02722-1722


National Grid
PO Box 371361
Pittsburgh PA 15250-7361


Ramon D. Michel, President
1705 West Shore Road
Warwick RI 02889


Ramon Deunas Michel
1705 West Shore Road
Warwick RI 02889


Rhode Island Distributing Co.
PO Box 1437
Coventry RI 02816


RI Dept of Labor & Training
1511 Pontiac Avenue
Cranston RI 02920-0242


RI Division of Taxation
Attn: Bankruptcy Unit
One Capitol Hill
Providence RI 02908


Torito
1705 West Shore Road
Warwick RI 02889


Torito Danvers LLC
1705 West Shore Road
Warwick RI 02889


Torito Mexican Restaurant
1705 West Shore Road
Warwick RI 02889
```

```
Torito's Mexican Restaurant
1705 West Shore Road
Warwick RI 02889


U.S. Small Business Admin
2 North Street, Suite 320
Birmingham AL 35203


U.S. Small Business Admin
Attn: Mark S. Hayward
380 Westminster St., Rm. 511
Providence RI 02903


US Foods, Inc.
222 Otrobando Avenue
Norwich CT 06360


Warwick Pretreatment Billing
PO Box 981076
Boston MA 02298-1076


Wind River Environmental LLC
PO Box 22074
New York NY 10087-2074
```

# United States Bankruptcy Court
### District of Rhode Island

In re  **Gamboa, Inc.**  
Debtor(s)

Case No.  
Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Gamboa, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**December 19, 2023**  
Date

**/s/ Thomas P. Quinn**  
**Thomas P. Quinn**  
Signature of Attorney or Litigant  
Counsel for **Gamboa, Inc.**  
**McLaughlinQuinn LLC**  
**148 West River Street, Suite 1E**  
**Providence, RI 02904**  
**401-421-5115 Fax:401-421-5141**  
**tquinn@mclaughlinquinn.com**